UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 19-24625-MC-O'SULLIVAN

IN RE: 1973 CESSNA
172 M, SERIAL NO. 172-60982,
SEIZED MAY 21, 2019,

Defendant.
_____/

FILED BY _____JC_____ D.C.

Nov 7, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**AGREED MOTION TO ENLARGE TIME
IN WHICH TO FILE COMPLAINT**

The United States of America ("Plaintiff"), by and through its undersigned attorney files this Agreed Motion To Enlarge Time In Which To File Complaint and respectfully shows unto the Court:

1. On or about May 21, 2019, a 1973 Cessna 172 M, Serial No. 172-60982, was seized by Drug Enforcement Administration ("DEA") officers, from Flight Center International LLC.

2. Publication of the seizure was made and notice of the seizure was thereafter sent to Eileen Cox, among others.

3. Ms. Cox filed a claim with Counsel for the Drug Enforcement Administration which claim was received on or about August 15, 2019 and was thereafter referred to the United States Attorney.

4. Pursuant to 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint for forfeiture 90 days after a claim has been filed and, if no complaint or indictment is filed, to release the property. The statute also provides that the court may extend the time in which a complaint may be filed, for good cause shown or by agreement of the parties.[1]

---

[1] 18 U.S.C. § 983(a)(3)(A) reads:
Not later than 90 days after a claim has been filed, the Government

5. The deadline for filing a complaint in the above-described matter is November 13, 2019, ninety days from the time that DEA received the claim from Eileen Cox.

6. In addition to the 1973 Cessna 172 M, Serial No. 172-60982, seized on May 21, 2019, the Drug Enforcement Administration also seized a 1977 Cessna, 172N, Serial # 17268541 for which Ms. Cox also filed a claim. The deadline for filing a complaint for the 1977 Cessna is December 5, 2019.

7. Undersigned counsel has consulted with counsel for Eileen Cox. Counsel are exploring the possibility of a pre-filing resolution with respect to both the 1973 Cessna and the 1977 Cessna.

8. An additional period of through and including December 5, 2019 in which to file a forfeiture complaint or take other appropriate action should be sufficient, to take action pursuant to 18 U.S.C. § 983(a)(3)(A).

9. Undersigned counsel has communicated with Charles Morgenstein, counsel for Eileen Cox, who indicates that he agrees to the requested relief so long as a duplication of effort is avoided and the matters are addressed in a consolidated fashion.

---

shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

WHEREFORE, it is prayed, that the Agreed Motion To Enlarge Time In Which To File Complaint, be granted.

                                                 Respectfully submitted,

                                                 ARIANA FAJARDO ORSHAN
                                                 UNITED STATES ATTORNEY

By:   *s/Alison W. Lehr*
        Alison W. Lehr
        Assistant United States Attorney
        FL Bar 444537/WA Bar 15813
        99 NE 4TH Street, 7th Floor
        Miami, Florida 33132-2111
        Tel. No. (305) 961-9176
        Fax No. (305) 536-7255
        Alison.Lehr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 6, 2019, I sent the instant motion to Charles Morgenstein, counsel for Eileen Cox. through electronic mail, at charlie@mmolegal.com.

                                                 *s/Alison W. Lehr*
                                                 Alison W. Lehr
                                                 Assistant United States Attorney